IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENGLEBERT PERLAS,

    Petitioner,                   No. CIV S-10-2831 WBS EFB P

    vs.

GARY SWARTHOUT, et al.,

    Respondents.                <u>ORDER</u>

                             /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested an extension of time to file a response to the petition. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that respondent's January 13, 2011 request is granted and respondent has until February 14, 2011 to file and serve a response to the petition.

DATED: January 18, 2011.

                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE